JACKLIN CHOU LEM (Cal. Bar No. 255293)
MAY LEE HEYE (Cal. Bar No. 209366)
HOWARD J. PARKER (Wash. Bar No. 07233)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102-3478
Tel: (415) 436-6660; Fax: (415) 436-6687
jacklin.lem@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 11-0488 RS |
| v. | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM DECEMBER 20, 2011 TO JUNE 18, 2012 |
| EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD.; E-LITE AUTOMOTIVE, INC.; HOMY HONG-MING HSU; and YU-CHU LIN, aka David Lin, | |
| Defendants. | |

The defendant, Homy Hong-Ming Hsu, represented by Becky Walker James, and the defendants Eagle Eyes Traffic Industrial Co., Ltd. ("Eagle Eyes") and E-Lite Automotive, Inc. ("E-Lite"), represented by Kenneth Julian, appeared before Magistrate Judge Joseph Spero on December 20, 2011, for initial appearance and arraignment on the Superseding Indictment filed November 30, 2011. Also on December 20, 2011, Mr. Hsu, Eagle Eyes, and E-Lite appeared before Judge Richard Seeborg. During that appearance, trial in this matter was set for June 18, 2012.

1   The government and the defendants Mr. Hsu, Eagle Eyes, and E-Lite have made a joint
2   request to exclude time under the Speedy Trial Act between December 20, 2011 and June 18,
3   2012, for effective preparation of counsel to allow defense counsel time to review discovery and
4   to conduct necessary investigation to prepare for trial.

5   Based upon the representation of counsel and for good cause shown, the Court finds that
6   failing to exclude the time between December 20, 2011 and June 18, 2012 would unreasonably
7   deny the defendants and counsel the reasonable time necessary for effective preparation, taking
8   into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B).

9   The Court further finds that the ends of justice served by excluding the time between
10  December 20, 2011 and June 18, 2012 from computation under the Speedy Trial Act outweigh
11  the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

12  Therefore, IT IS HEREBY ORDERED that the time between December 20, 2011 and
13  June 18, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §
14  3161(h)(7)(A) and (B).

DATED: 12/27 , 2011

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge

-2-

[~~PROPOSE~~D] ORDER EXCLUDING TIME
CR 11-0488 RS