JACKLIN CHOU LEM (Cal. Bar No. 255293)
MAY LEE HEYE (Cal. Bar No. 209366)
HOWARD J. PARKER (Wash. Bar No. 07233)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102-3478
Tel: (415) 436-6660; Fax: (415) 436-6687
jacklin.lem@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD.; E-LITE AUTOMOTIVE, INC.; HOMY HONG-MING HSU; and YU-CHU LIN, aka David Lin,<br><br>Defendants. | No. CR 11-0488 RS<br><br>**JOINT STIPULATION FOR PRETRIAL SCHEDULING AND [PROPOSED] ORDER** |

The United States and Defendants Eagle Eyes Traffic Industrial Co., Ltd., E-Lite Automotive Inc., and Homy Hong-Ming Hsu hereby stipulate and agree:

1. Defendants may file a motion for a bill of particulars on or before February 7, 2012, to be heard at the status conference the Court has set for March 6, 2012 at 2:30 p.m. Other initial motions may also be filed to be heard at that time.

2. The pretrial conference contemplated by Crim. L.R. 17.1-1(a) shall be June 5, 2012, at 1:30 p.m.

3. The attorneys for the government and defendants have conferred with respect to a schedule for disclosures in accordance with Crim. L.R. 16-1(a). The government

1

**JOINT STIPULATION FOR [PROPOSED] PRETRIAL SCHEDULING ORDER**
**CR11-0488 RS**

1  attorneys represented that they would undertake to make available substantially all
2  the then-existing material required by Fed. R. Crim. P. 16(a)(1)(A)-(F) by January
3  31, 2012, and the material required by *Brady* and *Giglio* and Jencks Act witness
4  statements by February 15, 2012.  Defendants will make available any reciprocal
5  discovery under Crim. L.R. 16(b)(1)(A) and (B) and the government will make
6  available any additional disclosures under Crim. L.R. 16(c)(1)-(4) by May 4, 2012,
7  unless on that date there is a motion pending for a trial continuance.  The parties
8  have not yet otherwise reached agreement.

4. Motions, including any with regard to experts, will be heard on May 8, 2012. Motions *in limine* may also be heard at the pretrial conference.

5. The parties agree the following briefing schedule shall govern the filing of all pretrial motions, including for bills of particular under Fed. R. Crim. P. 7(f), except for motions *in limine*:

   a. On or before 28 days before the hearing date, the parties will file initial moving papers;

   b. On or before 14 days before the hearing date, the parties will file opposition papers;

///

///

///

///

///

        c. On or before 7 days before the hearing date, the parties will file and serve any reply papers.

IT IS SO STIPULATED.

DATED: January 19, 2012      /s/_____
JACKLIN CHOU LEM
MAY LEE HEYE
HOWARD J. PARKER
KELSEY C. LINNETT
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660
Fax: (415) 436-6687
Email: jacklin.lem@usdoj.gov
Attorneys for the United States

IT IS SO STIPULATED.

DATED: January 19, 2012      /s/_____
BECKY WALKER JAMES
Attorney for Defendant Horny Hong-Ming Hsu

IT IS SO STIPULATED.

DATED: January 19, 2012      /s/_____
KENNETH JULIAN
Attorney for Defendants Eagle Eyes Traffic
Industrial Co., Ltd. and E-Lite Automotive, Inc.

IT IS SO ORDERED.

DATED: __1/19_____, 2012      _____
Honorable Richard Seeborg
United States District Judge

3
**JOINT STIPULATION FOR [PROPOSED] PRETRIAL SCHEDULING ORDER
CR11-0488 RS**