JACKLIN CHOU LEM (Cal. Bar No. 255293)
MAY LEE HEYE (Cal. Bar No. 209366)
HOWARD J. PARKER (Wash. Bar No. 07233)
KELSEY C. LINNETT (Cal. Bar No. 274547)
ANNA TRYON PLETCHER (Cal. Bar. No. 239730)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102-3478
Tel: (415) 436-6660; Fax: (415) 436-6687
jacklin.lem@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0488 RS |
| v. | **JOINT STIPULATION FOR PRETRIAL SCHEDULING FOR TRANSLTIONS AND [PROPOSED] ORDER** |
| EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD.; E-LITE AUTOMOTIVE, INC.; HOMY HONG-MING HSU; and YU-CHU LIN, aka David Lin, | |
| Defendants. | |

The United States and Defendants Eagle Eyes Traffic Industrial Co., Ltd., E-Lite Automotive Inc., and Homy Hong-Ming Hsu hereby stipulate and agree:

1. The date that was previously set in the Court's Order of May 7, 2012 and by which the parties will attempt to file any translation-related stipulations, if any, or else lodge objections is extended from May 30, 2012 to June 18, 2012.

//

//

//

//

1

**JOINT STIPULATION FOR PRETRIAL SCHEDULING FOR TRANSLATIONS AND [PROPOSED] ORDER**
**CR11-0488 RS**

IT IS SO STIPULATED.

DATED: May 30, 2012.            /s/
JACKLIN CHOU LEM
MAY LEE HEYE
HOWARD J. PARKER
KELSEY C. LINNETT
ANNA TRYON PLETCHER
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660
Fax: (415) 436-6687
Email: jacklin.lem@usdoj.gov
Attorneys for the United States

IT IS SO STIPULATED.
DATED: May 30, 2012.            /s/
BECKY WALKER JAMES
Attorney for Defendant Horny Hong-Ming Hsu

IT IS SO STIPULATED.
DATED: May 30, 2012.            /s/
KENNETH JULIAN
Attorney for Defendants Eagle Eyes Traffic
Industrial Co., Ltd. and E-Lite Automotive, Inc.

IT IS SO ORDERED.

DATED: __5/30_____, 2012      *[signature]*

Honorable Richard Seeborg
United States District Judge