1  MANATT, PHELPS & PHILLIPS, LLP
   KENNETH B. JULIAN (State Bar No. 149840)
2  MATT WILLIAMSON (State Bar No. 247627)
   CHRISTINA PARRISH (State Bar No. 271719)
3  695 Town Center Drive, 14th Floor
   Costa Mesa, CA 92626-1924
4  Telephone: (310) 312-4000
   Facsimile: (310) 312-4224
5  kjulian@manatt.com
   mwilliamson@manatt.com
6  cparrish@manatt.com

7  *Attorneys for Defendants*
   Eagle Eyes Traffic Industrial Co., Ltd; E-Lite Automotive,
8  Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD; E-LITE AUTOMOTIVE, INC.; HOMY HONG-MING HSU; and YU-CHU LIN, AKA DAVID LIN,<br><br>Defendants. | Case No. CR-11-0488 RS<br><br>**JOINT STIPULATION FOR PRETRIAL SCHEDULING FOR TRANSLATIONS AND [~~PROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED, by and between defendants EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD and E-LITE AUTOMOTIVE, INC., through their counsel of record MANATT PHELPS & PHILLIPS, individual defendant HOMY HONG-MING HSU, through his counsel of record, LAW OFFICES OF BECKY WALKER JAMES, and the UNITED STATES OF AMERICA, by and though Department of Justice Antitrust Division Trial Attorney KELSEY LINNETT, as follows:

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

JOINT STIPULATION FOR PRETRIAL SCHEDULING
FOR TRANSLATIONS AND [~~PROPOSED~~] ORDER

1

CASE NO. CR-11-0488 RS

1. The date that was previously set in the Court's Order of May 30, 2012 and by which the parties will attempt to file any translation-related stipulations, if any, or else lodge objections is extended from June 18, 2012 to July 9, 2012.

IT IS SO STIPULATED.

DATED: June 14, 2012

/s/
KENNETH B. JULIAN
Attorney for Defendants Eagle Eyes Traffic Industrial Co., Ltd. and E-Lite Automotive, Inc.

DATED: June 14, 2012

/s/
BECKY WALKER JAMES
Attorney for Defendant Homy Hong-Ming Hsu

DATED: June 14, 2012

/s/
KELSEY C. LINNETT
Antitrust Division
U.S. Department of Justice

**IT IS SO ORDERED.**

Dated: \_6/18\_\_\_\_, 2012

HON. RICHARD SEEBORG
United States District Court Judge

302983479.1