JACKLIN CHOU LEM (Cal. Bar No. 255293)
MAY LEE HEYE (Cal. Bar No. 209366)
HOWARD J. PARKER (Wash. Bar No. 07233)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102-3478
Tel: (415) 436-6660; Fax: (415) 436-6687
jacklin.lem@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. CR 11-0488 RS |
| | ) |
| v. | ) **[PROPOSED]** ORDER |
| | ) EXCLUDING TIME FROM |
| | ) SEPTEMBER 24, 2012 TO |
| EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD.; | ) OCTOBER 29, 2012 |
| E-LITE AUTOMOTIVE, INC.; | ) |
| HOMY HONG-MING HSU; and | ) |
| YU-CHU LIN, aka David Lin, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The defendant Homy Hong-Ming Hsu, represented by Becky Walker James, and the defendants Eagle Eyes Traffic Industrial Co., Ltd. ("Eagle Eyes") and E-Lite Automotive, Inc. ("E-Lite"), represented by Kenneth Julian, appeared before Judge Richard Seeborg on July 24, 2012 and requested a trial continuance to allow for further time to prepare for trial. At the conclusion of the hearing, the Court requested letters from the parties addressing such a possible continuance, among other things. Thereafter, the Court on July 27, 2012 continued the trial date from September 24, 2012 to October 29, 2012.

1   The government and the defendants Mr. Hsu, Eagle Eyes, and E-Lite have made a joint
2   request to exclude time under the Speedy Trial Act between September 24, 2012 and October 29,
3   2012, for effective preparation of counsel to allow the parties more time to meet and confer
4   regarding stipulated translations and for the defendants to review discovery and to conduct
5   necessary investigation to prepare for trial.

6   Based upon the representation of counsel and for good cause shown, the Court finds that
7   failing to exclude the time between September 24, 2012 and October 29, 2012 would
8   unreasonably deny the defendants and counsel the reasonable time necessary for effective
9   preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B).

10  The Court further finds that the ends of justice served by excluding the time between
11  September 24, 2012 and October 29, 2012 from computation under the Speedy Trial Act
12  outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §
13  3161(h)(7)(A).

14  Therefore, IT IS HEREBY ORDERED that the time between September 24, 2012 and
15  October 29, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §
16  3161(h)(7)(A) and (B).

DATED: 7/31, 2012

HONORABLE RICHARD SEEBORG
United States District Court Judge

-2-

[~~PROPOSED~~] ORDER EXCLUDING TIME
CR 11-0488 RS