JACKLIN CHOU LEM (Cal. Bar No. 255293)
MAY LEE HEYE (Cal. Bar No. 209366)
HOWARD J. PARKER (Wash. Bar No. 07233)
KELSEY C. LINNETT (Cal. Bar No. 274547)
ANNA TYRON PLETCHER (Cal. Bar No. 239730)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102-3478
Tel: (415) 436-6660
Fax: (415) 436-6687
jacklin.lem@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 11-0488 RS |
| v. | **AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT TRANSLATOR DISCOVERY** |
| EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD.; E-LITE AUTOMOTIVE, INC.; HOMY HONG-MING HSU; and YU-CHU LIN, aka David Lin, | Trial Date: October 29, 2012 |
| Defendants. | Hon. Richard Seeborg<br>United States District Judge |

The United States and defendant Homy Hong-Ming Hsu stipulate and agree:

1. The Court's Scheduling Order filed July 27, 2012 [Document 161] requires the parties to meet and confer regarding translations and to file specific objections to proposed translations by specified dates.

2. If, following that process, there remain any unresolved objections and a party desires to call a translator as an expert witness, counsel for Hoy Hsu and counsel for the United States by September 26, 2012 will make available any expert translator

1

discovery as required under Federal Rules of Criminal Procedure 16(a)(1)(G) and 16(b)(1)(C).

.

IT IS SO STIPULATED.

DATED:  August 13, 2012                  /s/
JACKLIN CHOU LEM
MAY LEE HEYE
HOWARD J. PARKER
KELSEY C. LINNETT
ANNA TRYON PLETCHER
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Tel: (415) 436-6660; Fax: (415) 436-6687
Email: jacklin.lem@usdoj.gov
Attorneys for the United States

IT IS SO STIPULATED.

DATED: August 13, 2012                  /s/
BECKY WALKER JAMES
Attorney for Defendant Horny Hong-Ming Hsu

IT IS SO ORDERED.

DATED: __8/20____, 2012

Honorable Richard Seeborg
United States District Judge

2