LAW OFFICES OF BECKY WALKER JAMES
BECKY WALKER JAMES (CA Bar # 151419)
KATHRYN A. LOHMEYER (CA Bar # 240291)
1990 South Bundy Drive, Suite 705
Los Angeles, California 90025
Telephone: (310) 492-5104
Facsimile: (310) 492-5026
E-mail: becky@walkerjameslaw.com

Attorney for Defendant
**HOMY HONG-MING HSU**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOMY HONG-MING HSU,<br><br>Defendant. | Case No. CR-11-0488-RS<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**<br><br>Hon. Nathanael Cousins, United States Magistrate Judge |

Plaintiff United States of America, by and through its counsel of record, and defendant Homy Hsu ("Mr. Hsu"), by and through his counsel of record, hereby stipulate and request an order from the Court modifying the conditions of Mr. Hsu's pretrial release as follows:

The parties agree and request that the condition of pretrial release restricting Mr. Hsu's travel to the Northern District of California be modified for the limited purpose of allowing Mr. Hsu to travel to Las Vegas, Nevada, between October 28, 2012 and November 4, 2012. The purpose of this travel is so that Mr. Hsu can attend the SEMA trade show, which is a very important trade show in the auto parts industry. It is stipulated and agreed that Mr. Hsu will not travel outside the District

---

**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**

of Nevada except as necessary to travel between the Northern District of California and the District of Nevada. The location monitoring and curfew restrictions of Mr. Hsu's pretrial release will be suspended during this travel.

Counsel for Mr. Hsu has attempted to consult with Supervising Pretrial Services Officer Allen Lew, who has agreed in the past to similar modifications to permit out-of-district travel, subject to the conditions set forth above. However, counsel is informed that Officer Lew is out of the office until Thursday, October 18, 2012. This request is made prior to Supervising Pretrial Services Officer Lew's return to the office in order to facilitate Mr. Hsu's travel planning and to permit the Court sufficient time to review this request in advance of Mr. Hsu's desired travel dates.

IT IS SO STIPULATED.

Dated: October 16, 2012            /s/ Howard J. Parker
                                   JACKLIN CHOU LEM
                                   HOWARD J. PARKER
                                   Antitrust Division
                                   U.S. Department of Justice

                                   Attorneys for Plaintiff United States


Dated: October 16, 2012            /s/Becky Walker James
                                   BECKY WALKER JAMES
                                   Law Offices of Becky Walker James

                                   Attorney for Defendant Homy Hsu


GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:   10/16/12                  
                                   HON. ~~NATHANAEL COUSINS~~ RICHARD SEEBORG
                                   United States ~~Magistrate~~ Judge
                                                District

2
**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**